[No. 10417–2–II.   Division Two.   July 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES T. GIESE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–1–00214–7, Alan R. Hallowell, J., entered October 16, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 19850–5–I.   Division One.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ARLIN TAYES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02543–2, George T. Mattson, J., entered December 31, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Webster, JJ.

[No. 20287–1–I.   Division One.   July 5, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID H. WAGNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–04721–9, Frank J. Eberharter, J., entered April 21, 1987. *Dismissed* by unpublished per curiam opinion.